IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **CHAPTER 13** |
| ROBIN L. CAMPBELL, | : | |
| a/k/a ROBIN LOUISE CAMPBELL, | : | **CASE NO.: 23-12584** |
| a/k/a ROBIN CAMPBELL, and | : | |
| a/k/a THOMAS M. CAMPBELL, | : | |
| a/k/a THOMAS MICHAEL CAMPBELL, | : | |
| a/k/a THOMAS CAMPBELL, | : | |
| Debtor(s) | : | |

**CERTIFICATE OF NO RESPONSE:**
**MOTION TO MODIFY CONFIRMED PLAN (Doc. #41)**

The undersigned Attorney for Debtors Robin L. Campbell and Thomas M. Campbell in the above-captioned matter, hereby certifies that the **Motion to Modify Confirmed Plan** was filed on May 01, 2024, and that the Motion and related **Notice of Motion, Response Deadline and Hearing Date** was properly served on the all creditors and parties in interest on May 01, 2024, which set a May 22, 2024 Response Deadline. The undersigned further certifies that no Response to the **Motion to Modify Confirmed Plan** has been filed. Debtors Robin L. Campbell and Thomas M. Campbell are therefore entitled to have an Order issued granting the **Motion to Modify Confirmed Plan,** as filed with this Certification.

    /s/ Robert J. Kidwell
ROBERT J. KIDWELL, ESQUIRE
Attorneys for Movants/Debtors
Attorney I.D. No. 206555
P.O. Box 511, 712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090, fax (570) 424-9739
rkidwell@newmanwilliams.com